UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CIVIL ACTION NO. 3:06CV-308-H

AUDRA HATTER                                                                  PLAINTIFF

V.

RAYTHEON COMPANY                                            DEFENDANT

**MEMORANDUM OPINION AND ORDER**

After this Court reversed Defendant's denial of disability benefits, Plaintiff has moved for attorney's fees and costs in the amount of about $13,000.

Both parties agree that the Court may award attorney's fees at its discretion. In considering such an award, the Court should consider (1) the degree of the losing party's culpability or bad faith; (2) the opposing party's ability to pay an award of attorney's fees, (3) whether the award will have a deterrent effect on future conduct, (4) whether the winning party sought to confer a common benefit, and (5) the relative merits of the parties' position. *Secretary of Dept. of Labor v. King,* 775 F.2d 666 (6th Cir. 1985). No single factor is determinative. Plaintiff is not entitled to either any or all his fees.

In its original Memorandum Opinion, the Court found Defendant's decision to deny benefits to be characterized by unfairness and an abuse of discretion. Defendant has the ability to pay and an award of attorney's fees will make Defendant more careful in its future benefit reviews. On the other hand, Plaintiff did not seek benefits common to other participants.

Thus, as is often the case, the factors necessary to weigh the award of attorney's fees are

mixed. However, the Court believes that Defendant's particular abuse of discretion and the relative merit of its position justifies an award of fees. The award of attorney's fees in these circumstances is discretionary. The Court will exercise that discretion to award reasonable fees, though not all that was requested.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff is awarded attorney's fees in the amount of $9,000.00 and expenses in the amount of $365.52.

cc:     Counsel of Record